# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | Case No. 2:13-cr-00231-JCM-CWH |
| vs. ) | **ORDER** |
| ALDO CHAPA-NOVOA, ) | |
|         Defendant. ) | |

      This matter is before the Court on the Government's Ex Parte Motion to Quash (#16), filed June 20, 2013. The Government requests that the Court quash the arrest warrant issued for Defendant Chapa-Novoa because it was requested in error. The Government indicates it will request the issuance of a summons. Chapa-Novoa has already made his initial appearance in this matter on a criminal complaint, (*see* Mins. of Proceedings (#11)), at which time he was appointed counsel and released on bond with conditions. He has subsequently been indicted by the Grand Jury. *See* (#19). The Grand Jury Return Minutes of Proceedings indicate that a warrant will issue with the Indictment. However, based on the record and the Government's request, the Court will grant the request and quash the arrest warrant. Accordingly,

      **IT IS HEREBY ORDERED** that the 's Ex Parte Motion to Quash (#16) is **granted**. The arrest warrant issued in conjunction with the Indictment (*see* Mins. of Proceedings, June 19, 2013) is **quashed**.

      **IT IS FURTHER ORDERED** that Government counsel shall provide a copy of this order to the United States Marshal's office immediately upon receipt. Government counsel shall also provide a copy of this order to counsel for Defendant Chapa-Novoa.

      **IT IS FURTHER ORDERED** that the Clerk shall forward a copy of this order to the United States Marshal's office. The Clerk shall also ensure Defendant's counsel is provided

1 | electronic notification of and has electronic access to the Government's Ex Parte Motion (#16) and
2 | this Order.

      DATED: June 21, 2013.

                                                _____
                                                **C.W. Hoffman, Jr.**
                                                **United States Magistrate Judge**