UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ALDO CHAPA-NOVOA,<br><br>Defendant(s). | 2:13-CR-231 JCM (CWH) |

**ORDER**

Presently before the court is the matter of *United States v. Vargas, et al.*, case no. 2:13-cr-231-JCM-CWH.

Defendant Aldo Chapa-Novoa filed a motion to suppress certain evidence seized pursuant to an allegedly deficient warrant. (Doc. # 25). Magistrate Judge Hoffman subsequently issued a report recommending that the court deny Chapa-Novoa's motion. (Doc. # 32). The parties thereafter engaged in negotiations which resulted in Chapa-Novoa pleading guilty to count one of the indictment on June 25, 2014.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Chapa-Novoa's motion to suppress (doc. # 25) be, and the same hereby is, DENIED as moot. The court likewise declines to adopt the magistrate judge's report and recommendation (doc. # 32) as moot.

DATED June 27, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -